*Judge Hellerstein*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

    - v. -                          :        INDICTMENT

MELVIN HEARD,                   :        08 Cr.

          Defendant.        :
- - - - - - - - - - - - - - - x



08 CRIM 232

COUNT ONE

The Grand Jury charges:

From in or about at least August 2006 up to and including in or about March 3, 2008, in the Southern District of New York, MELVIN HEARD, the defendant, within the special maritime and territorial jurisdiction of the United States, to wit, within the premises of United States Post Offices, did take and carry away, with intent to steal and purloin, the personal property of another, the value of which exceeded $1000, and did take property from the person of another, to wit, HEARD stole postal money orders worth over $1000 from the persons of Post Office customers.

(Title 18, United States Code, Section 661.)


_____          _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MELVIN HEARD,

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. § 661.)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

3/17/08 Filed Indictment Case assigned to J. Ritter