

Heard, Melvin
08-CR-232-01

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE**

*Judicial Response*

THE COURT ORDERS:

[✓] The Issuance of a Summons

[ ] The Issuance of a Warrant

[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Other

USDC SDNY
DOC
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/9/14

Honorable Alvin K. Hellerstein
Sr. U.S. District Judge

3/31/14
Date